# Court of Appeals
# of the State of Georgia

ATLANTA,____July 27, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A2057. CRAIG WELTER v. STATE OF GEORGIA.**

Craig Welter filed this direct appeal from the superior court's order denying his petition under OCGA § 42-1-19 to be released from the sex offender registry requirements. Pursuant to OCGA § 5-6-35 (a) (5.2), however, "[a]ppeals from decisions of superior courts granting or denying petitions for release pursuant to Code Section 42-1-19" must be taken by application for discretionary appeal. Welter's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*____07/27/2016____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*